(HC) Hare v. Carey et al                                                    Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY C. HARE,

        Petitioner,                  No. CIV S-06-2759 FCD DAD P

   vs.

TOM CAREY, et al.,

        Respondents.         <u>ORDER</u>

_____/

        The petitioner in the above-captioned case is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was received for filing together with a second habeas petition and a letter in which petitioner states that the two petitions address different issues. Petitioner also indicates in the letter that he intends to pay the required filing fees after he receives case numbers.

        The Clerk has opened the above-captioned case and case No. CIV S-06-2758 GEB CMK P. The Clerk has sent petitioner case opening documents for both cases. Petitioner's explanatory letter has been filed in case No. CIV S-06-2758 GEB CMK P.

        The Clerk will be directed to file a copy of petitioner's letter in this case for the record, and petitioner will be granted thirty days to pay the filing fee.

/////

1

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days to submit the $5.00 filing fee for this case; and

2. The Clerk of the Court is directed to file in this case a copy of the explanatory letter that accompanied the two petitions received from petitioner on December 6, 2006; the one-page letter has been filed in case No. CIV S-06-2758 GEB CMK P as Part 2 of Document 1 and shall be filed in case No. CIV S-06-2759 FCD DAD P as a separate document with a December 6, 2006 filing date.

DATED: December 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hare2759.101a