1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11 DANNY CHARLES HARE,                    No. CIV S-06-2758-GEB-CMK-P
12         Petitioner,
13      vs.
14 THOMAS CAREY, et al.,
15         Respondents.
16 _____/
17 DANNY CHARLES HARE,                    No. CIV S-06-2759-FCD-DAD-P
18         Petitioner,
19      vs.                               <u>ORDER</u>
20 THOMAS CAREY, et al.,
21         Respondents.
22 _____/
23         Petitioner, a state prisoner, brings these petitions for a writ of habeas corpus
24 pursuant to 28 U.S.C. § 2254.  Pending before the court in case 07cv2759 is a request for
25 additional time to determine how to proceed with this case.
26 / / /

1

1 | Good cause appearing, this request is granted.  Petitioner's time to determine how
2 | to proceed with this case is enlarged to and including January 25, 2008.
3 |       IT IS SO ORDERED.
4 | DATED:  November 29, 2007
5 |
6 | **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE