**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY CHARLES HARE, | No. CIV S-06-2758-GEB-CMK-P |
| Petitioner, | |
| vs. | |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |
| DANNY CHARLES HARE, | No. CIV S-06-2759-FCD-DAD-P |
| Petitioner, | |
| vs. | ORDER |
| THOMAS CAREY, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding with appointed counsel, brings these petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court in case 07cv2759 is a request for additional time to determine how to proceed with this case (Doc. 12). Petitioner has previously requested and was granted additional time. However, counsel

1

indicates that she has been having difficulties in obtaining necessary documentation from the prison, Attorney General, and the state court.

Good cause appearing, this request is granted. Petitioner's time to determine how to proceed with this case is enlarged to and including March 25, 2008. All other time periods remain as stated in the order filed September 27, 2007 (Doc. 7).

IT IS SO ORDERED.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE